| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) MCCONNELL, MICHAEL W | 2. Court or Organization UNITED STATES COURT OF APPEALS | 3. Date of Report 4/25/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judge indicate full- or part-time) U.S. COURT OF APPEALS -FULL | 5. ReportType (check appropriate type)  ○ Nomination, Date  ○ Initial  ● Annual  ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address FEDERAL BUILDING, SUITE 5402 125 SOUTH STATE STREET SALT LAKE CITY, UT 84138 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☒ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☒ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE

RECEIVED

May 24 11 02 AM '05

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MCCONNELL, MICHAEL W | 4/25/2005 |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of filing instructions.)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | ASPEN PUBLISHING CO., PUBLICATION ROYALTIES | 2,868 |
| 2. | 2004 | YALE UNIVERSITY, PUBLICATION ROYALTIES | 199 |
| 3. | 2004 | UNIVERSITY OF UTAH, TEACHING | 22,795 |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | ██████████ TEACHING INCOME |

## IV. REIMBURSEMENTS — transportation, lodging, food and entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | TULANE LAW SCHOOL, Thessaloniki Program | Thessaloniki, Greece, June 18th to July 2nd, Teaching course on Comparative Constitutional Law (Airfare, Lodging, Phone, Cabs and Meals) |
| 2. | HARVARD UNIVERSITY | Cambridge, MA, March 16th & 17th, Judge for Ames Moot Court Competition (Airfare, Lodging and Meals) |
| 3. | YALE UNIVERSITY | New Haven, CT, April 1st to 3rd, Speaker for Conference on Brown v. Bd. Of Education (Airfare, Lodging and Meals) |
| 4. | UNIVERSITY OF CHICAGO | Chicago, IL, April 29th to May 1st, Speaker for Univ of Chicago Law Review Annual Dinner (Airfare, Lodging and Meals) |
| 5. | UNIVERSITY OF UTAH | Chicago, IL, Sept 1st to 2nd, Speaker for American Political Science Association (Airfare, Lodging and Meals) |
| 6. | PRINCETON UNIVERSITY | Princeton, NJ, Oct 11th & 12th, Lecture (Airfare, Lodging and Meals) |

FROM

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| McCONNELL, MICHAEL W | 4/25/2005 |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)

☐ NONE  . (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | UNIVERSITY OF ST. THOMAS SCHOOL OF LAW | Minneapolis, MN, Oct 27th & 28th, Judge for Moot Court Competition (Airfare, Lodging and Meals) |
| K. | THE FEDERALIST SOCIETY | Washington, D.C., Nov 12th, Speaker for Federalist Society Annual Lawyer's Meeting (Airfare, Lodging and Meals) |
| 9. | CLAREMONT-MCKENNA COLLEGE | Claremont, CA, Dec 6th, Lecture (Airfare, Lodging and Meals) |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MCCONNELL, MICHAEL W | 4/25/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

FROM

| | Name of Person Reporting<br>MCCONNELL, MICHAEL W | Date of Report<br>4/25/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent, or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Washington Mutual (Bank Account) | A | Interest | J | T | | | | | |
| 2. Fidelity Investments IRA #1 | A | Dividend | J | T | | | | | |
| 3. -Spartan 500 Index Fund | | | | | | | | | |
| 4. -Fidelity Cash Reserves Account | | | | | | | | | |
| 5. Fidelity Investments IRA #2 | A | Dividend | L | T | | | | | |
| 6. -Fidelity Worldwide Fund | | | | | | | | | |
| 7. -Fidelity Emerging Markets Fund | | | | | | | | | |
| 8. -Fidelity Cash Reserves Account | | | | | | | | | |
| 9. -Fidelity Blue Chip Growth Fund | | | | | | | | | |
| 10. TIAA CREF | F | Interest | O | T | | | | | |
| 11. -TIAA Traditional Fund | | | | | | | | | |
| 12. -CREF Stock Fund | | | | | | | | | |
| 13. -CREF Equity Index Fund | | | | | | | | | |
| 14. -CREF Global Equities Fund | | | | | | | | | |
| 15. American Performance Cash Management Account (401k) | A | Interest | L | T | Sell | 06/30 | L | | |
| 16. Dodge & Cox -Common Stock (401k) | E | Dividend | M | T | | | | | |
| 17. Artisan Small Cap Value -Stock | C | Dividend | K | T | Buy | 06/30 | K | | |
| 18. Scudder Equity 500 Index Fund (401k) | D | Dividend | L | T | Buy | 06/30 | K | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   M = $25,000,001-$50,000,000   P3 = $25,000,001-$50,000,000
   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MCCONNELL, MICHAEL W | 4/25/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not except from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 19. | State Street Research Emerging (40 IX) | A | Dividend | M | T | | | | | |
| 20. | Wells Fargo Bank Account | A | Interest | J | T | | | | | |
| 21. | Brokerage Account #1 | | | | | | | | | |
| 22. | -Fidelity Worldwide Fund | D | Dividend | L | T | | | | | |
| 23. | -Spartan Total Market Index Fund | C | Dividend | K | T | Partial Sale | 06/30 | K | | |
| 24. | -Spartan 500 Index Fund | D | Dividend | L | T | Partial Sale | 06/07 | L | E | |
| 25. | -Fidelity Magellan Fund | C | Dividend | K | T | | | | | |
| 26. | -Fidelity Municipal Money Mkt | A | Interest | J | T | | | | | |
| 27. | -Fidelity Retirement Reserves Annuity | D | Interest | L | T | | | | | |
| 28. | -Spartan 500 Index Fund (SEP IRA) | A | Dividend | J | T | | | | | |
| 29. | -Fidelity Cash Reserves (SEP IRA) | A | Interest | J | T | | | | | |
| 30. | -Spartan 500 Index Fund (UTMA) | B | Dividend | K | T | Partial Sale | 09/30 | K | D | |
| 31. | -Spartan 500 Index Fund (UTMA) | A | Dividend | K | T | Partial Sale | 07/30 | K | D | |
| 32. | -Spartan 500 Index Fund (UTMA) | A | Dividend | K | T | Partial Sale | 06/07 | K | D | |
| 33. | Prudential -Nationwide Variable Life Insurance Policy | | None | K | T | | | | | |
| 34. | Fidelity Investments IRA #3 | D | Dividend | M | T | | | | | |
| 35. | -Fidelity Magellan fund | | | | | | | | | |
| 36. | Fidelity Investment IRA #4 | E | Dividend | M | T | | | | | |

1. Income/Gain Code:
A – $1,000 or less
B – $1,001-$2,500
C – $2,501-$5,000
D – $5,001-$15,000
E – $15,001-$50,000
(See Columns B1 and D4) F – $50,001-$100,000
G – $100,001-$1,000,000
H1 – $1,000,001-$5,000,000
H2 – More than $5,000,000

2. Value Code
J – $15,000 or less
K – $15,001-$50,000
L – $50,001-$100,000
(See Columns C1 and D3) N – $250,001-$500,000
O – $500,001-$1,000,000
M – $50,001-$250,000
P1 – $1,000,001-$5,000,000
P2 – $5,000,001-$25,000,000
P3 – $25,000,001-$50,000,000
P4 – More than $50,000,000

3. Value Method Code:
Q – Appraisal
R – Cost (Real Estate Only)
S – Assessment
T – Cash/Market
(See Column C2) U – Book Value
V – Other
W – Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MCCONNELL, MICHAEL W | 4/25/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Fidelity Low Priced Stock (x) | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MCCONNELL, MICHAEL W | 4/25/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MCCONNELL, MICHAEL W | 4/25/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date  5/16/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544